**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:26CR7** |
| **vs.** | |
| **JORGE CARBALLO RODRIGUEZ,** | **ORDER** |
| **Defendant.** | |

The defendant has filed a Motion to Suppress (Filing No. 231). Accordingly,

**IT IS ORDERED:**

1. On or before **September 8, 2026**, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before **September 15, 2026**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **September 22, 2026**, the parties shall deliver to the undersigned's chambers via email to carson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **September 29, 2026, at 3:00 p.m.** The parties will use Restricted Order [142] for conference connection instructions.

Dated this 26th day of August, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge